# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>          Plaintiffs,<br><br>v.<br><br>Denise Adams,<br><br>          Defendant. | Case No.: 1:08-cv-02225<br><br>Judge Christopher A. Boyko<br><br>**Joint Stipulation of**<br>**<u>Dismissal without Prejudice</u>** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs LAFACE RECORDS LLC, *et al.*, and Defendant Denise Adams, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each

1

party to bear its/her own costs and fees.  The parties request that the Clerk of Court now close this case.

| | |
|---|---|
| /s/ Dennis P. Zapka | /s/ *Aaron Weir* |
| Dennis P. Zapka (0012609) | Aaron Weir (0079275) |
| dpz@paladin-law.com | Maguire & Schneider |
| Sean T. Lavin (0073806) | 250 Civic Center Dr. |
| stl@paladin-law.com | Suite 200 |
| McLAUGHLIN & McCAFFREY, LLP | Columbus, OH  43215 |
| 1111 Superior Avenue, Suite 1350 | State Bar No. 0079275 |
| Cleveland, OH  44114-2500 | Telephone:  614-224-1222 |
| Telephone: (216) 623-0900 | |
| Fax: (216) 623-0935 | Attorney for Defendant |
| | |
| Attorneys for Plaintiffs | |

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S.DISTRICT COURT JUDGE

DECEMBER 11, 2008
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Joint Stipulation of Dismissal without Prejudice has been filed electronically this 10th day of December, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dennis P. Zapka
Dennis P. Zapka